APPLICANT MICHAEL LOUIS BRISCO                    APPLICATION NO. 53,391-06

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

DISMISSED, SUBSEQUENT APPLICATION. TEX. CODE CRIM. PROC. art. 11.07, § 4(a)-(c).

_____        _____
JUDGE                                                      DATE